REGINA LEVY v. FIREMAN'S FUND INDEMNITY COMPANY.— Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.